QUIN DENVIR, Bar #49374
Federal Defender

MARY M. FRENCH, Bar #126643
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814          **OK/HAV**
Telephone: (916) 498-5700

Attorney for Defendant
JOSE BELTRAN-SALCIDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-05-418-DFL |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | VACATING TRIAL-CONFIRMATION AND |
| ) | JURY TRIAL DATES AND SETTING |
| JOSE BELTRAN-SALCIDO, ) | STATUS CONFERENCE |
| ) | |
| Defendant. ) | Date: December 1, 2005 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Hon. David F. Levi |

It is hereby stipulated between the parties, Michael Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Mary M. French, attorney for defendant, that the trial-confirmation date of November 17, 2005 and jury trial date of December 12, 2005 be vacated and the matter rescheduled for status conference on December 1, 2005 at 10:00 a.m.

This continuance is being requested because counsel for the United States has recently provided a proposed plea agreement to defense counsel.  Undersigned counsel seeks additional time to review the proposed agreement with Mr. Beltran-Salcido and to continue discussions

1  with counsel for the government.
2      It is further stipulated that the period from November 17, 2005
3  through and including December 1, 2005 should be excluded pursuant to
4  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
5  counsel and defense preparation.
6  Dated: November 16, 2005

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JOSE BELTRAN-SALCIDO


Dated: November 16, 2005            MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Mary M. French for
                                         Michael Beckwith
                                    _____
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    per telephonic authorization

**O R D E R**

IT IS SO ORDERED.

Dated: 11/21/2005


                                    _____
                                    DAVID F. LEVI
                                    United States District Judge


Stipulation & Order                 2